JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA P. C., | CASE NO. EDCV 22-1509 -AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff. The decision of the Commissioner is reversed and the matter is remanded for reconsideration of Plaintiff's residual functional capacity assessment as described in the Memorandum Opinion and Order.

DATED: September 19, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge